# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Irada Akhoundova<br>*Defendant* | Case No. 4:24-cr-221 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/01/2024

*Defendant's signature*

*Signature of defendant's attorney*

LISA KRIGSTEN
*Printed name of defendant's attorney*

*Judge's signature*

Dena Hanovice Palermo, US Magistrate Judge
*Judge's printed name and title*