UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 24-cr-221 |
|---|---|---|---|

**United States**

*versus*

**IRADA AKHOUNDOVA**

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Louis Anthony Pellegrino III<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>212-768-6700  louis.pellegrino@dentons.com<br>New York 3060944 |
|---|---|

| Name of party applicant seeks to appear for: | IRADA AKHOUNDOVA |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/30/2024 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

## Order

This lawyer is admitted *pro hac vice*.

Dated: _____   _____
                                                                                 United States District Judge