United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-24-221 |
| | § | |
| | § | |
| IRADA AKHOUNDOVA. | § | |

**ORDER RESETTING DEADLINES AND SENTENCING**

The government filed an unopposed motion for continuance of sentencing and related deadlines, (Docket Entry No. 30). The motion is granted. The presentence investigation deadlines and sentencing date are amended as follows:

The initial presentence report must be disclosed to counsel by May 20, 2026.

Objections to the report, or a statement of no objections, are due by June 3, 2026.

The final report and an addendum must be submitted by June 17, 2026.

Sentencing is reset to **June 24, 2026, at 9:30 a.m.**

SIGNED on October 2, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge