United States District Court
Southern District of Texas
**ENTERED**
October 06, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Criminal No. 4:24-cr-221** |
| | § | |
| | § | |
| IRADA AKHOUNDOVA, | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER MODIFYING CONDITIONS OF RELEASE
AND PERMITTING SPECIFIC TRAVEL**

Defendant Irada Akhoundova filed an Unopposed Motion for Modification of Conditions of Release and Permission for Specific Travel. (Docket Entry No. 31). The motion is granted.

IT IS ORDERED:

1.    Ms. Akhoundova's conditions of release are modified to permit her travel without court permission to any location within the United States, provided that she notifies her Probation Officer in advance, via email or text message, of any travel outside the State of Texas, providing the Officer with her intended location and duration of travel.

2.    Ms. Akhoundova is authorized to travel internationally to Spain and Portugal on the specific dates set forth in the itinerary submitted to the court in connection with this motion, and is authorized to retrieve her U.S. passport from pretrial services within the three-day window in advance of her travel, to be returned to pretrial services within three days of her return.

SIGNED in Houston, Texas, on this 6th day of October, 2025.

Lee H. Rosenthal
Senior United States District Judge